# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**WILLIAM RICHARDSON,**

      **Plaintiff,**

**v.**                                                **Case No. 1:07-cv-02133-RWR**

**FEDERAL EXPRESS CORPORATION,**

      **Defendant.**

## DISCLOSURE STATEMENT REGARDING
## PUBLICLY-HELD PARENT CORPORATION

Pursuant to Federal Rule of Civil Procedure 7.1 and local rule 7.1, Defendant Federal Express Corporation states that its parent corporation, FedEx Corporation, owns 10% or more of the stock of Defendant Federal Express Corporation. FedEx Corporation is a publicly-held corporation. No other parents, subsidies, and/or affiliates have issued shares to the public.

Respectfully submitted,

      /s/ *Edward J. Efkeman*
Edward J. Efkeman, D.C. Bar #479545
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road, Bldg. B, 3rd Floor
Memphis, Tennessee  38125
(901) 434-8555    (901) 434-9271 Fax

James E. Fagan III
Trevor S. Blake
VENABLE LLP
575 7th Street, N.W.
Washington, DC  20004
(202) 344-8040    (202) 344-8300 Fax

Attorneys for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing Disclosure Statement was served

electronically and via first-class mail, postage prepaid, to

> Alan Lescht, Esq.
> 1050 17th Street, N.W.
> Suite 220
> Washington, DC 20036
> alescht@mindspring.com

on this 28th day of November, 2007.

> /s/ *Edward J. Efkeman*
> Edward J. Efkeman