IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM RICHARDSON,

    Plaintiff,

v.                                    Civ. Action No. 07-02133 (RWR)

FEDERAL EXPRESS CORPORATION,

    Defendant.

## UNOPPOSED MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE

Defendant Federal Express Corporation ("FedEx"), respectfully moves for a continuance of the Initial Scheduling Conference. In support of this motion, defendant states as follows:

    1.    Lead counsel for Defendant is located in Memphis, Tennessee, and has a conflict on April 8, 2008, that prevents travel to the Scheduling Conference on that day.

    2.    Counsel for the parties have consulted, and counsel for Plaintiff has no objection to a continuance.

    3.    Counsel for the parties are available for an Initial Scheduling Conference on April 15, 16, or 17, 2008, as the Court's schedule permits.

                                    Respectfully submitted,

                                    /s/ *Edward J. Efkeman*
                                  Edward J. Efkeman, D.C. Bar #479545
                                  FEDERAL EXPRESS CORPORATION
                                  3620 Hacks Cross Road, Bldg. B, 3rd Floor
                                  Memphis, Tennessee  38125
                                  (901) 434-8555    (901) 434-9271 Fax

                                  Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing Answer was served electronically and via first-class mail, postage prepaid, to

        Alan Lescht, Esq.
        Susan Kruger, Esq.
        1050 17th Street, N.W.
        Suite 220
        Washington, DC 20036
        alescht@mindspring.com

on this 1st day of April, 2008.

        /s/ *Edward J. Efkeman*
        Edward J. Efkeman