IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM RICHARDSON ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL EXPRESS CORPORATION, ) <br> ) <br> ) <br> Defendant ) | Civil Action No. 07-2133 (RMR) |

## JOINT MEET AND CONFER STATEMENT

Pursuant to Fed. R. Civ. P. 26(f), L.Cv.R. 16.3, and the Court's General Order and Guidelines for Civil Cases (ECF) (the "General Order"), the parties, through their undersigned counsel, hereby state that they conferred and reached the agreements set forth herein. Pursuant to the rules of this Court and the General Order, counsel submit this report and a proposed Scheduling Order incorporating the parties' suggestions.

1. Statement of the Case:

The Complaint alleges that Plaintiff, who was formerly employed by Defendant as a carrier, was injured on the job and became disabled within the meaning of the federal Americans with Disabilities Act because he suffers from a physical impairment that substantially limits one or more of his major life activities including walking, standing, bending, and lifting. After Plaintiff became disabled, he requested a reasonable accommodation from Defendant in the form of an assignment to

1

a vacant job which he could perform. Defendant denied his request and terminated his employment in violation of the Americans with Disabilities Act.

2. Dispositive Motions

Plaintiff does not intend to file a dispositive motion. Defendant expects to move for summary judgment at the close of discovery.

3. Joinder and Amendment

The parties agree that third party pleadings and amended pleadings, if any, should be filed within 60 days after the entry of a Scheduling Order unless otherwise ordered by the Court for good cause shown.

4. Magistrate Judge

The parties do not consent to assignment of this case to a Magistrate Judge for the purpose of trial.

5. Settlement

The parties consent to early mediation before a Magistrate Judge.

6. ADR

The parties consent to early mediation before a Magistrate Judge.

7. Dispositive Motions Schedule

The parties propose that any dispositive motions be filed no later than 45 days after the close of discovery; any opposition be filed within 30 days after the filing of the motion; and any reply be filed within 10 days after the filing of the opposition.

8. Initial Disclosures

The parties agree to dispense with initial disclosures under FRCivP 26(a)(1).

9.   Extent of Discovery

The parties propose that fact discovery close four months after the date the Scheduling Order is entered.  The parties agree that the limitations on discovery contained in F.R.Civ.P. 30, 33, & 34 should apply.

10.   Expert Witnesses

The parties recommend that the expert disclosures, if any, required by F.R.Civ.P. 26(a)(2) be made 60 days before the close of discovery; and that any rebuttal expert disclosure be made 30 days thereafter.  Expert depositions, if any, are to be conducted within 30 after all expert disclosures are completed.

11.   Class Action

This is not a class action lawsuit.

12.   Bifurcation

The parties do not seek bifurcation of discovery.  Defendant reserves the right to move for bifurcation of the liability and punitive damages phases at trial, if applicable.

13.   Pre-trial Conference

The Pre-trial Conference should be scheduled by the Court following completion of discovery.

14.   Trial Date

The parties agree that the date of trial (2 days) should be scheduled by the Court at the pre-trial conference.

15.   Proposed Order

A proposed Scheduling Order is submitted herewith.

Date:  April 2, 2008

                              Respectfully submitted,

                              _____

                              Alan Lescht, DC Bar # 441691
                              Susan L. Kruger, DC Bar # 414566
                              Alan Lescht & Associates, P.C.
                              1050 17th Street, N.W.
                              Suite 220
                              Washington, DC  20036
                              202-463-6036
                              202-463-6067 (fax)

                              _____

                              Edward J. Efkeman, D.C. Bar #479545
                              FEDERAL EXPRESS CORPORATION
                              3620 Hacks Cross Road, Bldg. B, 3rd Floor
                              Memphis, Tennessee  38125
                              (901) 434-8555
                              (901) 434-9271 Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM RICHARDSON | ) | Civil Action No. 07-2133 (RMR) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL EXPRESS CORPORATION, | ) | |
| | ) | |
| Defendant | ) | |

## **SCHEDULING ORDER**

Upon consideration of the joint meet and confer report of the parties, it is hereby ORDERED as follows:

1. Third party pleadings and amended pleadings shall be filed within 60 days after the entry of this Order.

2. Any dispositive motions shall be filed no later than 45 days after the close of discovery, any opposition shall be filed within 30 days after service, and any reply shall be filed within 10 days after the opposition is filed.

3. Initial disclosures are not required.

4. Discovery shall close 120 days after the entry of this Order.

5. Expert disclosures shall be made 60 days before the close of discovery; and any rebuttal

expert disclosure shall be made 30 days thereafter. Expert depositions, if any, are to be conducted within 30 after all expert disclosures are completed.

6. The pre-trial conference shall be set upon completion of discovery.

7. The trial of this case shall be set at the pre-trial conference.

SO ORDERED on this ___ day of _____, 2008.

_____
Hon. Richard W. Roberts
United States District Judge