REFERRAL TO MAGISTRATE JUDGE

CATEGORY: L

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | | | |
|---|---|---|---|---|
| CASE NO:<br>07-2133 | DATE REFERRED:<br>7/3/08<br><br>DISPOSITION DATE: | PURPOSE:<br>DISCOVERY | JUDGE:<br>ROBERTS | MAG. JUDGE<br>FACCIOLA |

| PLAINTIFF(S):<br>RICHARDSON | DEFENDANT(S):<br>FEDEX |
|---|---|

ENTRIES:

MOTION FOR PROTECTIVE ORDER PENDING