UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM RICHARDSON,**         )<br>                                                          )<br>            **Plaintiff,**               )<br>                                                          )<br>**v.**                                                  )<br>                                                          )<br>**FEDERAL EXPRESS CORPORATION,**  )<br>                                                          )<br>            **Defendant.**             )<br>_____) | Civ. Action No. 07-02133 (RWR) |

**JOINT MOTION FOR AN EXTENSION OF DISCOVERY**

Defendant Federal Express Corporation and Plaintiff William Richardson jointly move for an extension of the discovery period in this action. In support of the motion, the parties state as follows:

1.    Discovery is scheduled to close on August 13, 2008.

2.    The parties have engaged in written discovery, and had scheduled the plaintiff's deposition as the first deposition on July 14, 2008. Weather canceled the flight from Memphis to Washington on July 13, 2008, and that deposition was postponed.

3.    Defense counsel's wife had a baby on July 26, 2008, and the resulting minor complications kept counsel from a full work schedule for a short period of time.

4.    Plaintiff's counsel has depositions and a vacation scheduled for the last half of August (when discovery would have been closed in this action).

5.    With consideration of the schedules of counsel, the parties request that the discovery period be extended until the end of September.

1

2

6. A post-discovery conference is currently scheduled for September 2, 2008. The parties therefore also request that this conference be rescheduled for a date in October. The parties are available for a conference October 6, 7, 28, or 29, as the Court's schedule permits.

Dated: August 11, 2008

Respectfully submitted,

| | |
|---|---|
| /s/ *Susan Kruger* *(via email permission 8/__/08)* | /s/ *Edward J. Efkeman* |
| Susan Kruger | Edward J. Efkeman, D.C. Bar #479545 |
| Alan Lescht and Associates, P.C. | Federal Express Corporation |
| 1050 17th Street, N.W., Suite 220 | 3620 Hacks Cross Road, Bldg. B, 3rd Floor |
| Washington, DC 20036 | Memphis, Tennessee 38125 |
| (202) 463-6036  (202) 463-6067 (fax) | (901) 434-8555   (901) 434-9271 (fax) |
| Attorney for Plaintiff | Attorney for Defendant |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM RICHARDSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 07-02133 (RWR) |
| ) | |
| **FEDERAL EXPRESS CORPORATION,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## AMENDED SCHEDULING ORDER

Upon consideration of the parties' joint motion for an extension of the discovery period, it is hereby

ORDERED that:

1. This case shall proceed with the following deadlines:

<u>All</u> discovery closed                           September 30, 2008

Dispositive motions                               October 24, 2008

2. The post-discovery conference is scheduled for _____ at _____.

3. All other dates and directives in the Scheduling Order entered in this matter on April 18, 2008, remain unchanged and in effect.

SIGNED this \_\_\_\_\_ day of August, 2008.

                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge