UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM RICHARDSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL EXPRESS CORPORATION, )<br>)<br>Defendant. )<br>_____) | Civ. Action No. 07-02133 (RWR) |

## AMENDED SCHEDULING ORDER

Upon consideration of the parties' joint motion for an extension of the discovery period, it is hereby

ORDERED that:

1. This case shall proceed with the following deadlines:

All discovery closed                                      September 30, 2008

Dispositive motions                                       October 24, 2008

2. The post-discovery conference is scheduled for _October 2, 2008_ at _12:45 p.m._.

3. All other dates and directives in the Scheduling Order entered in this matter on April 18, 2008, remain unchanged and in effect.

SIGNED this _15th_ day of August, 2008.

/s/
RICHARD W. ROBERTS
United States District Judge